IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL WESTON, #04120-043                                                                    PLAINTIFF

VERSUS                                                      CIVIL ACTION NO.  5:07cv180-DCB-MTP

ALBERTO GONZALES, HARLY LAPPIN,
and FEDERAL BUREAU OF INVESTIGATION                                              DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the   3rd   day of January, 2008.


                                                                    s/ David Bramlette
                                                            UNITED STATES DISTRICT JUDGE